THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN SCOTTI, EARL LOUCKS, LAWRENCE GEARTY and MIMIE GRAEF, Appellants.

(Argued December 4, 1934; decided December 31, 1934.)

*Louis Waldman, James J. Armstrong* and *David I. Ashe* for appellants.

*William Copeland Dodge, District Attorney (Ambrose J. Delehanty* of counsel), for respondent.

As to defendant Gearty: Judgment affirmed.

As to defendants Scotti, Loucks and Graef: Judgment reversed and new trial ordered on the ground that there is no evidence sufficient to sustain the judgment of conviction. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.